UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MIYAH WHITE,                                                           :
                                                                       :
                        Plaintiff,                                     :
                                                                       :          24 Civ. 6201 (JPC)
        -v-                                                            :
                                                                       :          <u>ORDER</u>
R.A. ROGERS, INC.,                                                     :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On September 18, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore October 9, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 7, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 14, 2024.

        SO ORDERED.

Dated: October 30, 2024
       New York, New York
                                                           JOHN P. CRONAN
                                                          United States District Judge